No. A–498.   SMITH v. ARMONTROUT, WARDEN.   Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.   JUSTICE BLACKMUN would grant the application.   The order heretofore entered by JUSTICE BLACKMUN is vacated.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

No. A–503.   MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST INC. v. UNITED DISTRIBUTION COS. ET AL.   Application for stay of mandate of the United States Court of Appeals for the Fifth Circuit, presented to JUSTICE WHITE, and by him referred to the Court, granted, and the mandate is stayed pending the timely filing and disposition of the petitions for writs of certiorari. If the petitions for writs of certiorari are denied, this order terminates automatically.   Should the petitions for writs of certiorari be granted, this order is to remain in effect pending the sending down of the judgment of this Court.

No. D–811.   IN RE DISBARMENT OF POWELL.   Disbarment entered.   [For earlier order herein, see *ante*, p. 886.]

No. D–812.   IN RE DISBARMENT OF MAHSHIE.   Disbarment entered.   [For earlier order herein, see *ante*, p. 915.]

No. D–813.   IN RE DISBARMENT OF KRAMER.   Disbarment entered.   [For earlier order herein, see *ante*, p. 915.]

No. D–825.   IN RE DISBARMENT OF KOSLOW.   David Solomon Koslow, of Los Angeles, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on November 6, 1989 [*ante*, p. 950], is hereby discharged.

No. D–826.   IN RE DISBARMENT OF RUDD.   Disbarment entered.   [For earlier order herein, see *ante*, p. 950.]